Robert R. CECIL,
Mariette Marmillod and Robert Prestegaard,
*Respondents,*

*v.*

CITY OF JACKSONVILLE,
*Respondent,*

*and*

Gerald A. SCHATZ and Silverwood
Investment Group,
*Petitioners.*

(LUBA 90-013; CA A66579)

800 P2d 1090

Carlyle F. Stout III, Medford, filed the brief for petitioners.

Robert R. Cecil, Jacksonville, filed the brief *pro se.*

No appearance for respondents Mariette Marmillod and Robert Prestegaard.

Martial E. Henault, Medford, filed the brief for respondent City of Jacksonville.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

**PER CURIAM**

Petitioners seek review of a LUBA decision. Respondent city has moved to dismiss the petition and, alternatively, to strike petitioners' assignments of error. The motions are denied.

On the merits, we affirm without discussion.

Motions to dismiss and to strike denied; affirmed.